DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL WALLACE,**
Appellant,

v.

**AMANDA WALLACE,**
Appellee.

No. 4D2024-1912

[December 23, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Susan F. Greenhawt, Judge; L.T. Case No. FMCE22-015011.

Angela D. Flaherty of Flaherty Law Firm, Sarasota, for appellant.

Andrew S. Berman of Young, Berman, Karpf & Karpf, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and LOTT, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***